1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CARL LEE CALLEGARI,                  No. 2:06-cv-0443-MCE-DAD-P

12            Plaintiff,

13       v.                              ORDER

14   DOCTOR ADYA, et al.,

15            Defendants.

16   _____/

17       Plaintiff, a state prisoner proceeding pro se, has filed

18   this civil rights action seeking relief under 42 U.S.C. § 1983.

19   The matter was referred to a United States Magistrate Judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No.

21   262.

22       On November 22, 2006, the magistrate judge filed Findings

23   and Recommendations herein which were served on Plaintiff and

24   which contained notice to Plaintiff that any objections to the

25   Findings and Recommendations were to be filed within twenty (20)

26   days.

1

1 Plaintiff has not filed objections to the Findings and

2 Recommendations.

3   The Court has reviewed the file and finds the Findings and

4 Recommendations to be supported by the record and by the

5 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED

6 that:

7   1.  The Findings and Recommendations filed November 22,

8 2006, are adopted in full;

9   2.  Plaintiff's Application to Proceed in Forma Pauperis is

10 denied;

11   3.  Plaintiff's claims against Defendant Woodford, sued as

12 Defendant Woodward, are dismissed with prejudice as legally and

13 factually frivolous and for failure to state a claim upon which

14 relief can be granted; and

15   4.  Plaintiff's claims against all other Defendants are

16 dismissed without prejudice to filing an action in the district

17 court where venue is proper.

18 DATED:  January 9, 2007

19

20

21   _____
   MORRISON C. ENGLAND, JR
22   UNITED STATES DISTRICT JUDGE

23

24

25

26

2